UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MERCHANTS NATIONAL BONDING, INC., <br><br> Plaintiff, <br><br> v. <br><br> PRIMECOM USA LLC, SOONYEONG LEE, and KYUNGMI LEE, <br><br> Defendants. | CASE NO. C24-285 MJP <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The Court has reviewed Plaintiff's Motion for Default (Dkt. Nos. 11 & 15) and noted that Defendants have filed a late Answer (Dkt. No. 17). Plaintiff have since filed a Motion for Summary Judgment. (Dkt. No. 18.) In light of Plaintiff's pending Motion for Summary Judgment, the Court ORDERS Plaintiff to inform the Court whether it wishes to withdraw the pending Motion for Default or not. Plaintiff must respond to this Minute Order by June 14, 2024.

MINUTE ORDER - 1

1  If Plaintiff does not wish to withdraw the Motion for Default, then the Court shall convert the

2  Answer into a Motion to Set Aside Default Judgment and provide a briefing schedule. <u>See</u>

3  <u>McMillen v. J.C. Penney Co.</u>, 205 F.R.D. 557, 558 (D. Nev. 2002).

4        The clerk is ordered to provide copies of this order to all counsel.

5        Filed June 11, 2024.

                              Ravi Subramanian
                              Clerk of Court

                              s/Kathleen Albert
                              Deputy Clerk

MINUTE ORDER - 2