1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

11

12

13

14

15

16

| MERCHANTS NATIONAL<br>BONDING, INC., | CASE NO. C24-285 MJP |
|---|---|
| Plaintiff, | ORDER OF ON MOTION TO SET<br>ASIDE DISMISSAL |
| v. | |
| PRIMECOM USA LLC,<br>SOONYEONG  LEE, and KYUNGMI<br>LEE, | |
| Defendants. | |

17

18

19

20

21

This matter comes before the Court on Plaintiff's Motion to Set Aside Order of Dismissal (Dkt. No. 25.) Having reviewed the Motion, which Defendants do not oppose, the Court GRANTS the relief and amends its Dismissal Order to specify that dismissal is WITHOUT PREJUDICE and WITHOUT COSTS to any party. The other elements of the Dismissal Order shall remain in effect.

22

\\

23

\\

24

1          The clerk is ordered to provide copies of this order to all counsel.

2          Dated June 21, 2024.

3

4                                        Marsha J. Pechman
                                         United States Senior District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER OF ON MOTION TO SET ASIDE DISMISSAL - 2